458 A.2d 259

Commonwealth v. Holmes, Appellant.

Submitted September 15, 1982. Ronald Segal, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and HOFFMAN, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Alfred F. Sabo is affirmed.